

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00121-CV

_____

ESTATE OF LOWELL EMERY VEREEN, DECEASED

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 40,808-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

The parties have filed with this Court a joint motion to dismiss the pending appeal and to remand this cause to the trial court. The parties represent to this Court that they have reached a full and final settlement. In such a case, no real controversy exists, and, in the absence of a controversy, the appeal is moot.

We grant the motion. We set aside, without regard to the merits, the judgment of the trial court and remand the case to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Pursuant to the parties' settlement agreement, we dismiss the appeal.


Jack Carter
Justice


Date Submitted:     March 5, 2013
Date Decided:       March 6, 2013